to pass upon the status of the Grand Jury once it was so assembled. The court was duly in session on December 12, 1958 at which time the court directed the witness to appear before the Grand Jury on December 18, 1958 and there give answer to such questions as might be properly put to him by the Grand Jury concerning the matters under inquiry before the Grand Jury. We find no irregularity in the proceedings on December 12, 1958 and, therefore, we see no reason to prohibit further proceedings. All concur, WILLIAMS, J., in result in the following memorandum: I agree with the memorandum of the majority except that part which states: "the district attorney was without power to convene the Grand Jury on December 10, 1958 without an order of the Court." I also agree that we do not need to pass on the status of the Grand Jury as assembled on December 10, 1958, and I see no reason for doing so. (Application for an order of prohibition restraining Justice John S. Marsh, Justice of the Supreme Court, from any further proceedings in a special proceeding.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ In the Matter of ROBERT E. FISCHER, as Special Assistant Attorney-General of the State of New York, against SALVATORE LOU CHIPPOLETTI, Appellant.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Oneida Extraordinary Special and Trial Term adjudging appellant guilty of criminal contempt of court.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ. ·

■ In the Matter of ROBERT E. FISCHER, as Special Assistant Attorney-General, on Behalf of a Grand Jury of Oneida County, Respondent, against BERNADETTE SADDIER, Appellant.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Oneida Extraordinary Special and Trial Term adjudging appellant guilty of criminal contempt of court.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE HARRY SCHAAP, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion for leave to appeal to the Court of Appeals denied. (See Civ. Prac. Act, § 592, subd. 5, par. ['b], cl. [i].) Present — McCurn, P. J., Williams, Goldman and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PARKER F. BARTLETT, Appellant.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM HELSEL, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent. — Motion to appeal as a poor person denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT NEAL PINELLI, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EVERETT RHEIM, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion to appeal on typewritten papers denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES WRIGHT, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ PARAMOUNT DISCOUNT CORP., Respondent, v. CHARLES BAKER, as Sheriff of the County of Oneida, Appellant.— Motion granted and appeal dismissed, without costs.